JERSEY CITY, PROSECUTOR-RESPONDENT, v. DIVISION OF TAX APPEALS, ET AL., DEFENDANTS-APPELLANTS.

Argued October 2, 1950—Decided October 23, 1950.

*Mr. John Warren* argued the cause for the appellants (*Mr. Aaron A. Melniker, Messrs. Carpenter, Gilmour & Dwyer, Mr. Nicholas S. Rago* and *Mr. Sydney L. Jacobs,* attorneys).

*Mr. Thomas J. Brogan* argued the cause for the respondent (*Mr. John B. Graf,* attorney).

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge Bigelow in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.